**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 23 WAL 2017

  :

               Respondent   :

  :   Petition for Allowance of Appeal from

  :   the Order of the Superior Court

          v.   :

  :

  :

SARAH J. DIXON,   :

  :

             Petitioner   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 24th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.